FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★   APR 11 2018   ★
LONG ISLAND OFFICE

United States District Court
Eastern District of New York

2:17-cv-06425-SJF-AKT

| Houman Khallili, individually and on behalf of all others similarly situated, | |
|---|---|
| Plaintiff, | |
| - against - | |
| Pure Brazilian, LLC | |
| Defendants | |

Notice of Voluntary Dismissal

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against all defendant(s).

Dated:   April 10, 2018

Respectfully submitted,

Levin-Epstein & Associates, P.C.
/s/Joshua Levin-Epstein
Joshua Levin-Epstein
1 Penn Plaza, Suite 2527
New York, NY 10119
Tel: (212) 792-0046

Sheehan & Associates, P.C.
/s/Spencer Sheehan
Spencer Sheehan
891 Northern Blvd., Suite 201
Great Neck, NY 11021
Tel: (516) 303-0552
spencer@spencersheehan.com

The Clerk of the Court shall close this case.
So Ordered.
4/11/18

s/ Sandra J. Feuerstein
U.S.D.J.